UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVIN JAMISON and
RICHARD JOHNSTON,

       Plaintiffs,

File no: 1:18-CV-233

v.

HON. ROBERT J. JONKER

CATHERINE WOLFE and
LAW OFFICE OF CATHERINE WOLFE PLC,

       Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 4, 2019 (ECF No. 59). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 59) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff Richard Johnston's claims against Defendants are **DISMISSED** for lack of prosecution.

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (ECF Nos. 40 and 41) are **GRANTED** and this matter is **DISMISSED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date: September 26, 2019

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE